

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

§

§　　　　No. 08-17-00051-CV

IN RE:　JIMMY LEE SWEED,

§　　　AN ORIGINAL PROCEEDING

Relator.

§　　　　IN MANDAMUS

§

## **J U D G M E N T**

The court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Gonzalo Garcia, Judge of the 210th District Court of El Paso, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this court.

IT IS SO ORDERED THIS 14TH DAY OFMARCH, 2017.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.